**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

June 23, 2006

**Before**

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 04-1349

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff-Appellee,* <br><br>    *v.* <br><br> DONALD EDWARDS, <br> *Defendant-Appellant.* | Appeal from the United States District Court for the Central District of Illinois <br><br> No. 02-40143-001 <br><br> Joe Billy McDade, *Judge.* |

**O R D E R**

Donald Edwards was sentenced to 248 months' imprisonment for violations of 21 U.S.C. § 841(a)(1), 18 U.S.C. § 924(c), and § 922(g)(1).  He appealed, arguing that the district court plainly erred by sentencing him under the formerly mandatory guideline regime. *See United States v. Booker*, 543 U.S. 220 (2005).  We remanded to ask whether the district court judge would have imposed a different sentence had he known that the guidelines were advisory. *See United States v. Paladino*, 401 F.3d 471, 481 (7th Cir. 2005).  He answered that he would.  Thus, we VACATE Edwards' sentence and REMAND for resentencing.